IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GARNET MURRAY-SESAY,

    Petitioner,

v.                                                Civil Action No. **3:16CV240**

JEFFREY CRAWFORD, *et al.*,

    Respondents.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 20, 2016, the Court filed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address if he relocated. On October 5, 2016, the Magistrate Judge issued a Report and Recommendation recommending that the action be dismissed as moot because Petitioner had been released from custody. (ECF No. 8, at 3.) On October 14, 2016, United States Postal Service returned the October 5, 2016 Report and Recommendation to the Court marked, "RETURN TO SENDER" and "Released." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 11/9/16
Richmond, Virginia